IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID P. CAULDER,

    Plaintiff,

vs.                                          CASE NO. 4:02CV396-SPM/AK

DOUGLAS S. LYONS,

    Defendant.

_____/

**O R D E R**

    This case has been remanded to the undersigned after consideration of Defendants' summary judgment motions and adoption of the report and recommendation that all the claims, except those against Douglas Lyons, be dismissed. (Doc. 52). The Court realizes that the parties may wish to conduct further discovery prior to proceeding to an evidentiary hearing or trial. Thus, the parties will be given an opportunity to file motions showing good cause to engage in additional discovery and detailing the nature and scope of any discovery they deem necessary. In showing good cause, such a motion must clearly demonstrate that there is a need for the materials sought, that the materials are relevant to developing material issues not already provided, that the information is not otherwise available to the party, and the discovery is necessary to provide a full and fair hearing on the merits. Any proposed discovery requests should be attached to the motion.

    Accordingly, it is

**ORDERED:**

The parties shall have until **June 24, 2005**, to file motions detailing the scope and nature of any further discovery necessary, and showing good cause for a need to conduct such discovery.

**DONE AND ORDERED** this  **1st**  day of June, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**
