IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID PAUL CAULDER,

      Plaintiff,

v.                                  CASE NO. 4:02-cv-00396-SPM-AK

DOUGLAS S LYONS,

      Defendant.

_____/

**O R D E R**

This matter is before the Court on Defendant's Motion for Discovery and for Extension of Time.  (Doc. 54).  Defendant seeks leave to serve written discovery upon Plaintiff, which is attached to the motion, and indicates that he will need additional time after service of this discovery for possible depositions and the filing of motions. Defendant has not proposed any specific deadlines.  Consequently, the Court herein **GRANTS IN PART** the motion insofar as Defendant seeks leave to serve the attached written discovery, but the motion is **DENIED IN PART** as to the extensions sought since Defendant has not proposed any deadlines and the Court will not endeavor to guess at them.  The written discovery attached to the motion shall be deemed served on this date, and Plaintiff is advised that he has thirty days from this date to file responses thereto.  Defendant may move for additional time to conduct discovery and to file motions when he can propose specific deadlines for the Court's approval.

      **DONE AND ORDERED** at Gainesville, Florida, this  **27**th  day of June, 2005.


              **s/ A. KORNBLUM**
              **ALLAN KORNBLUM**
              **UNITED STATES MAGISTRATE JUDGE**