**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID P. CAULDER,**

    **Plaintiff,**

**vs.**                                **CASE NO. 4:02CV396-SPM/AK**

**DOUGLAS S. LYONS,**

    **Defendant.**

_____/

## O R D E R

Defendant has moved to compel responses to his interrogatories and requests for production of documents which he contends were served upon Plaintiff on June 27, 2005, and to which there has been no response.[1] (Doc.56). Plaintiff has not responded to the motion.

Plaintiff's failure to file timely objections to Defendant's request for production of documents constitutes a waiver of the objections, and Plaintiff must provide all requested documents which are within his possession, custody or control within the

---

[1] Copies of the discovery were not attached to the motion, although the documents were referenced in the motion as exhibits.

meaning of Fed. R. Civ. P. 34(a).  Peat, Marwick, Mitchell & Co. v. West, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); Perry v. Golub, 74 F.R.D. 360, 363 (N.D. Ala. 1976).  Further, Plaintiff's failure to respond timely to Defendant's interrogatories constitutes a waiver of any objections to those interrogatories, and he must answer them fully.  Fed. R. Civ. P. R. 33(b)(4).

Plaintiff is warned that if he continues to fail to cooperate in discovery, the Court may enter such orders as it deems necessary and just, pursuant to Fed. R. Civ. P. R. 37, which includes dismissing his cause of action.

Accordingly, it is

**ORDERED:**

Defendant's Motion to Compel Discovery (doc. 56) is **GRANTED** and Plaintiff shall respond *without objection* to the interrogatories and requests for production of documents on or before **January 20, 2006.**

**Plaintiff is warned that failure to comply with this order may result in a recommendation to the district judge that this cause be dismissed for failure to prosecute.**

**DONE AND ORDERED** this **21st** day of December, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

**No. 4:02cv396-spm/ak**