IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID PAUL CAULDER,

    Plaintiff,

vs.                                          CASE NO. 4:02cv396-SPM/AK

DOUGLAS S. LYONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation (doc. 59) dated March 10, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 59) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed with prejudice for Plaintiff's failure to obey a

court order.

DONE AND ORDERED this 29th day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  4:02cv396-SPM/AK